IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TRAVIS CHRISTOPHER GRADDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 108-071 |
| ) | (Formerly CR 106-007) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's Motion to Dismiss is **GRANTED** (doc. no. 4), the instant § 2255 motion is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 20th day of January, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE